WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorneys for Defendants:*
*HomeXpress Mortgage Corporation;*
*Fay Servicing, LLC;*
*Mortgage Electronic Registration Systems, Inc.; &*
*Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VERNA LONGMORE,<br><br>        Plaintiff,<br><br>v.<br><br>HOMEXPRESS MORTGAGE CORPORATION; FAY SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; METROPOLITAN LIFE INSURANCE COMPANY; QUALITY LOAN SERVICE CORPORATION; and DOE DEFENDANTS 3-50, inclusive,<br><br>        Defendants. | Case No.:  2:25-cv-01332-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT (ECF NO. 45)**<br><br>**First Request** |

Plaintiff Verna Longmore ("Plaintiff") and Defendants HomeXpress Mortgage Corporation ("HMC"), Fay Servicing, LLC ("Fay"), Mortgage Electronic Registrations Systems, Inc. ("MERS"), and Metropolitan Life Insurance Company ("MetLife" and collectively "Stipulating Defendants") hereby stipulate and agree as follows:

1. On March 18, 2026, Plaintiff filed her First Amended Complaint (ECF No. 45).

2. HMC, Fay, and MERS' current response deadline to the First Amended Complaint is April 1, 2026.

3. MetLife was added as a new party defendant by way of the First Amended Complaint.

4. MetLife has agreed to accept service of the First Amended Complaint and Summons through its undersigned counsel.

5. Plaintiff and Stipulating Defendants stipulate and agree that Stipulating Defendants' response deadline to the First Amended Complaint shall be extended to April 30, 2026.

6. This Stipulation is not being submitted for purposes of undue delay or prejudice to any party. Rather, the Stipulation is being submitted in good faith and in the interest of judicially economy to have a unified response deadline to the First Amended Complaint for Stipulating Defendants and to conserve time and cost of service of process to Plaintiff. The Stipulation is also being submitted for the Plaintiff and Stipulating Defendants to discuss early resolution before Stipulating Defendants respond to the First Amended Complaint.

7. Nothing in this Stipulation shall be construed as a waiver of any claims, defenses, or arguments by any party.

**IT IS SO STIPULATED AND AGREED.**

DATED: March 30, 2026                    DATED: March 30, 2026
WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*                    */s/ Verna Longmore (with permission)*
Jory C. Garabedian, Esq.                    Verna Longmore, Plaintiff pro se
Nevada Bar No. 10352
*Attorney for Defendants:*
*HomeXpress Mortgage Corporation;*
*Fay Servicing, LLC;*
*Mortgage Electronic Registration Systems, Inc.;*
*Metropolitan Life Insurance Company*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: <u>March 30, 2026</u>

Page 2 of 2