WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorneys for Defendants:*
*HomeXpress Mortgage Corporation;*
*Fay Servicing, LLC;*
*Mortgage Electronic Registration Systems, Inc.; &*
*Metropolitan Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VERNA LONGMORE,<br><br>Plaintiff,<br><br>v.<br><br>HOMEXPRESS MORTGAGE CORPORATION; FAY SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; METROPOLITAN LIFE INSURANCE COMPANY; QUALITY LOAN SERVICE CORPORATION; and DOE DEFENDANTS 3-50, inclusive,<br><br>Defendants. | Case No.:   2:25-cv-01332-RFB-EJY<br><br>**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT (ECF NO. 45)**<br><br>**Second Request** |

Defendants HomeXpress Mortgage Corporation ("HMC"), Fay Servicing, LLC ("Fay"), Mortgage Electronic Registrations Systems, Inc. ("MERS"), and Metropolitan Life Insurance Company ("MetLife" and collectively "Defendants") hereby move for an extension to respond to Plaintiff Verna Longmore's First Amended Complaint (ECF No. 45) through May 1, 2026.

1. On March 18, 2026, Plaintiff filed her First Amended Complaint (ECF No. 45).

2. On March 30, 2026, and following a stipulation by the parties, this Court extended Defendants' response deadline to April 30, 2026 (ECF No. 50).

3. Undersigned counsel for Defendants is under the weather and seeks to extend the response deadline *one extra day through May 1, 2026*.

4. Undersigned counsel for Defendants contacted Plaintiff about the additional day extension and she has no objection.

5. This Motion is being submitted in good faith, and not for purposes of undue delay or prejudice to any party.

DATED: April 30, 2026

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
*Attorney for Defendants:*
*HomeXpress Mortgage Corporation;*
*Fay Servicing, LLC;*
*Mortgage Electronic Registration Systems, Inc.;*
*Metropolitan Life Insurance Company*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2026